U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUL 2 2 2010

TONY R. MO___ ___RK
BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

**BOOKER T. HARDWELL**                                      **CIVIL ACTION NO. 3:10-cv-0484**

**VS.**                                                                    **SECTION P**

**MONROE CITY POLICE DEPT., ET AL.**        **JUDGE DONALD E. WALTER**

                                                                              **MAG. JUDGE KAREN L. HAYES**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED IT IS ORDERED** that plaintiff's civil rights complaint seeking damages and injunctive relief, be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this ____ day of _____, 2010.

**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**